No. 338. In re Esteves.—Solicitud de la National Surety

Company para terminar la fianza notarial No. 1387 prestada a favor del citado notario, de acuerdo con la Ley No. 50 de marzo 7, 1912. Resuelto por el Sr. Presidente en enero 22, 1913. Se da por terminada la fianza dentro del término de sesenta días.